858

**EX PARTE Glenn Anthony NETTLES**

**CR-14-0629**

Court of Criminal Appeals of Alabama.

02/24/2015

Mand. pet. dismissed

**EX PARTE Corey ARRINGTON, Jr.**

**CR-14-0643**

Court of Criminal Appeals of Alabama.

02/25/2015

Transferred to Jefferson Cir. Ct.

**EX PARTE Tomika Lockett THOMAS**

**CR-14-0644**

Court of Criminal Appeals of Alabama.

02/20/2015

Mand. pet. denied

**EX PARTE James CREWS**

**CR-14-0662**

Court of Criminal Appeals of Alabama.

03/17/2015

Mand. pet. dismissed

**EX PARTE Christopher Jerome McCREE**

**CR-14-0673**

Court of Criminal Appeals of Alabama.

03/05/2015

Mand. pet. dismissed

**EX PARTE Lester Paul VOLLRATH**

**CR-14-0678**

Court of Criminal Appeals of Alabama.

03/02/2015

Mand. pet. denied

**EX PARTE Ricky L. GRICE**

**CR-14-0683**

Court of Criminal Appeals of Alabama.

03/19/2015

Transferred to Houston Cir. Ct.

**EX PARTE Charles S. OWENS II**

**CR-14-0689**

Court of Criminal Appeals of Alabama.

03/09/2015

Mand. pet. denied